# In the Matter of:

**In re:** John Doe

# Administrative Hearing

December 21, 2018



Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

1          FAIRFAX COUNTY PUBLIC SCHOOLS

2              ADMINISTRATIVE HEARING

3


4          IN RE: JOHN DOE

5


6                         Hearings Office

7                      8115 Gatehouse Road

8                    Falls Church, Virginia

9                Friday, December 21, 2018

10


11    IN ATTENDANCE:

12    LISA S. FORREST, Hearing Officer, FCPS

13    MATTHEW ELINE, Principal, Robinson Secondary

14    School

15


16    TRAVIS HESS, Assistant Principal, Robinson

17    Secondary School

18    FATHER        , Father

19    MOTHER        , Mother

20    JOHN DOE      , Student

21


22    START TIME: 10:00 a.m.

1               P R O C E E D I N G S

2               MS. FORREST: This is a discipline

3     hearing for John Doe          , Robinson Secondary

4     School. Today's date is December 21st, 2018.

5               All right. Before we begin the hearing,

6     I'm going to point out that the hearing is being

7     recorded, pursuant to our school board

8     regulations.

9               If you would like, you'll be able to

10    make an appointment to review the recording at a

11    later date, and you may bring whomever you would

12    like to listen at that time.

13              However, the same regulation that

14    requires us to record the hearing, also states

15    that we -- no one else is permitted to make a

16    recording of the hearing.

17              Therefore, I'm going to ask, if anyone

18    has any type of recording device on, that you

19    power it off at this time.

20              All right. We'll begin with

21    introductions. Again, my name is Miss Forrest, I'm

22    a Hearing Officer for the Division Superintendent.

1

2  Pass that down to your parents for me, please.

3  School staff?

4          MR. HESS: My name is Travis Hess. I am

5  the Subschool 12 Administrator at Robinson.

6          MR. ELINE: Matthew Eline, the Principal

7  at Robinson Secondary School.

8          MOTHER       : Mother       , John's

9  mother.

10          MS. FORREST: Okay.

11          FATHER       : Father       , John's

12  father.

13          JOHN DOE       : I'm John Doe       , a

14  student at Robinson Secondary School.

15          MS. FORREST: All right. We're here

16  today to conduct an administrative hearing, to

17  consider the referral for disciplinary action that

18  was forwarded to the division superintendent by

19  the principal of Robinson Secondary School, based

20  on John Doe's reported violation of Student Rights

21  and Responsibilities, Regulation 2601,

22  specifically for sexually harassing another

 1  student at school.

 2          In this matter, I represent the

 3  division superintendent, and it's my

 4  responsibility to first determine if the referral

 5  for disciplinary action is warranted.

 6          If I find that, yes, it is in fact

 7  warranted, then I have to decide the appropriate

 8  disciplinary sanction.

 9          There is a range of consequences for me

10  to consider, to include allowing John to return

11  to Robinson Secondary under some probationary

12  conditions;

13          Removing him from Robinson, but

14  assigning him to either another regular school, or

15  an alternative school program.

16          The last sanction available for

17  consideration is expulsion; expulsion is very

18  rare.

19          But that could only happen if I send

20  this case to the school board, and then the school

21  board votes to expel him.

22          Now, in order for me to make my

1  decision, I'll need to know three things:

2          I'll need to know about the incident or

3  incidents that bring us here today; I'll need to

4  know about ██████ John ██'s broader school record; and I

5  try to gather as much as I can about ██ John ███, the

6  individual, in the short time I have with him

7  today.

8          Now, the way the hearing will proceed

9  is, first, school staff will describe the incident

10  and their findings.

11          ██ John ███, during that part of the

12  hearing, I want you to listen very carefully,

13  because, after we're finished with the school's

14  report of the incident, then it will be your turn

15  to share your side of what happened at school.

16          JOHN DOE ████████: Okay.

17          MS. FORREST: However, the very first

18  question I'll ask you is whether you agree with

19  the information presented, or not.

20          JOHN DOE ██████: Okay.

21          MS. FORREST: Okay. I'll have some

22  questions for you about the incident.

1      Once we're finished discussing the

2  incident, then we'll move on to your school

3  record; I may or may not have questions about your

4  school record.

5      But if there's anything concerning

6  within your record, you'll have a chance to

7  respond to that. Okay.

8      Toward the end of the hearing, Father and

9  Mother          , there is time set aside for you to

10  share anything you would like me to know and

11  consider before I make a decision.

12      I will not make my decision here today.

13  I will not make a decision until I have the

14  opportunity to review the information presented.

15      I'll communicate my decision in a

16  letter, which will be mailed from our office

17  within the next ten school days. Okay.

18      That letter will tell you what the

19  decision is, will tell you what to do if you

20  agree; it will also outline your appeal rights.

21      Any decision I make can be appealed to

22  the school board, unless my decision is to allow

1   John to return to Robinson Secondary, having

2   served ten or fewer days of out-of-school

3   suspension.

4            Now, prior to the hearing, I received a

5   copy of an email appealing the ten-day suspension

6   imposed by the school principal.

7            At the end of the hearing, after I hear

8   all the information presented, I'll make a

9   decision as to whether or not I am going to

10  uphold, return, and extend that suspension, should

11  I uphold it.

12           Do you have any questions about what

13  we're going to do here today, or the process?

14           JOHN DOE: No, ma'am.

15           MS. FORREST: Either of you have any

16  questions?

17           FATHER: No.

18           MOTHER: No, I understand.

19           MS. FORREST: Okay. All right.

20       EXAMINATION BY THE HEARING OFFICER

21           BY MS. FORREST:

22       Q    John, before we start, do you

1    understand what you've been accused of?

2         A    Yes, ma'am.

3         Q    Okay. What school rule are you accused

4    of breaking?

5         A    Sexual harassment.

6         Q    Okay. And do you understand the

7    possible outcomes of this hearing?

8         A    Yes, ma'am.

9         Q    Earlier, I explained the four possible

10   outcomes; what are they?

11        A    Being able to return to Robinson, being

12   placed in another Fairfax County school; being

13   placed in an alternative school, and possible

14   expulsion.

15        Q    Okay. And what did I say about

16   expulsion?

17        A    That it would be brought to the school

18   board.

19        Q    Uh-huh. Well, with some -- and as it

20   relates to you, there was one thing I said that's

21   really important?

22        A    That there would be another hearing.

1          Q    It's rare, it's rare that a student is

2    expelled. Okay? All right.

3               MS. FORREST: Now, we will send a letter

4    by U.S. mail, but we -- if it's your preference,

5    we could also send you a copy by email; would you

6    like a copy by email?

7          FATHER: Sure.

8          MOTHER: Please.

9               MS. FORREST: Okay. And what is your

10   email address, to what email address would you

11   like it sent?

12         FATHER: Father@gmail.

13              MS. FORREST: Father?

14         FATHER: Uh-huh.

15              MS. FORREST: Same spelling as your last

16   name?

17         FATHER: Right.

18              MS. FORREST: @gmail.com?

19         FATHER: Correct.

20              MS. FORREST: All right. First, school

21   staff, would you state the incident?

22              MR. HESS: Okay. So -- and I'll be

1    quoting things here, so there will be foul

2    language involved, just so you know; is that okay?

3              MS. FORREST: Okay. Before you start --

4    John   , school staff knows the name of the victim,

5    but they can't use her name until you do.

6              What's the name of the person that's

7    accusing you of sexual harassment?

8              JOHN DOE        : FS 1              .

9              MS. FORREST: So you can use FS 1's

10   first name.

11             MR. HESS: Okay.

12             MS. FORREST: Okay. Go ahead.

13             MR. HESS: So, on December 6th, at about

14   1:20 in the afternoon, FS 1   came to me with a

15   female friend, and that person will be referred to

16   as Female Student No. 2, for this purpose.

17             MS. FORREST: Uh-huh.

18             MR. HESS: FS 1   was visibly upset; she

19   said she didn't really know where to start. But

20   Female Student No. 2 encouraged her to come to me,

21   because she thought that I would be able to help.

22             So she started talking, and she said

1    that she had been smacked on the rear by a boy in

2    the locker bay; that boy was not John . She said

3    that John was present.

4              And then she went on to say, not only

5    was she smacked in the rear end, then she said she

6    turned around and she was angry;

7              And the boys were kind of pointing back

8    and forth at each other, like, he did it, no, he

9    did it, no, he did it, and kind of laughing, or

10   whatever.

11             And then after that, she went on to

12   kind of detail some -- what she felt was sexual

13   harassment over the course of the past month.

14             MS. FORREST: Could I pause you just for

15   a second?

16             MR. HESS: Sure.

17             MS. FORREST: You submitted a copy of a

18   video from that locker bay.

19             MR. HESS: Yes.

20             MS. FORREST: Has the family had the

21   opportunity to review that video?

22             MR. HESS: Mother has.

1      MOTHER      : I have.

2           MS. FORREST: Okay. Let me just call

3      upstairs, and have them bring down -- would you

4      like to view it today?

5      FATHER      : Sure.

6           MS. FORREST: Okay. I just need to make

7      sure. In fact, I'll take recess at some point, get

8      a computer, to allow the family an opportunity to

9      look at the video again.

10          Okay, go ahead. I'm sorry.

11          MR. HESS: Okay. FS 1 said that the

12     boys would catcall her, say things like, hey,

13     Shoddy [phonetic], damn, she looks good in those

14     pants; damn, looking good today.

15          And that there was at least one

16     instance where the boys -- prior to that

17     particular incident on the 6th -- were looking at

18     each other in the locker bay, and pointing to

19     their crotch area, and said that, "We want you in

20     between us."

21          The other female student that came with

22     her, Female Student No. 2, specifically said that

1  she had heard John say to FS 1 before, "Hey,

2  are you trying to fuck?"

3           At that point, I called FS 1 's

4  parents to inform them of what had happened; it

5  was -- we're talking about going into the end of

6  the day -- so, informed them of what happened.

7           I had FS 1 show me where it happened

8  in the locker bay, so that we could try to pull

9  the camera film; so we did that.

10          I notified security, notified the

11 parents of the incident, and said that we would

12 begin an investigation.

13          After I went and saw the video, I

14 called FS 1 's family back, and asked them to

15 join me the morning of the 7th, to have a meeting;

16 just to discuss all of the allegations, and

17 everything that's been going on for the past --

18 she said about four weeks, she thought.

19          At that time, she mentioned the

20 incident about the boys pointing down, and saying

21 that they wanted her in between them.

22          She also said that John had sent her

1   a Snapchat of his fully-clothed crotch, and it was

2   asking with the caption, "Do you want this in your

3   mouth?"

4           She said that ██FS 1██ and -- excuse

5   me --

6           ██FS 1██ said that her and ██John██ had

7   English class together, and that he would poke her

8   in a flirtatious manner, either on the arm, or on

9   the leg, or on the stomach, and that she tried to

10  make it clear that she was not comfortable with

11  that;

12          That she would say, "That's enough," or

13  she would scooch her chair over; or, she said

14  once, "██John██, it's not going to happen."

15          And she said that ██John██ told her, "I

16  will have sex with you at some point."

17          She also went into detail about some of

18  the incidents with the other boy, which are not

19  pertinent to today.

20          Later in the afternoon, I called a

21  student in; this would be Female Student No. 3.

22          Female Student No. 3 did witness the

1   encounter on the 6th, quantified it as FS 1

2   getting smacked on the rear end, the boys pointing

3   at each other and laughing.

4          Female Student No. 3 said that she

5   heard John say to both FS 1 and herself, that

6   he wanted to, quote, "Fuck them."

7          And in addition, Female Student No. 3

8   stated that he once told her he would like to,

9   quote, "Bang the shit out of her in his bed."

10         Female Student 4 voluntarily came to

11  see me on the afternoon of the 7th. She had

12  concerns about how she had heard John speak to

13  FS 1 .

14         She said that it usually happened on

15  Gold days, after lunch, in the locker bay, which

16  is when the actual incident occurred.

17         Because they just -- I think all that

18  group of kids happens to have lunch at the same

19  time.

20         Female Student 4 said that she had

21  heard John tell FS 1 once, "You telling me

22  that I can't get it, makes me want to get it even

1   more. I'm going to get it."

2          We met with the other student on the

3   morning of Friday, December 7th -- the other boy.

4          That boy did not write a statement at

5   that time, but did submit one on Sunday, December

6   9th, in the afternoon, and had a lot of things to

7   say, mostly about his incident.

8          But one of the things it said was, that

9   the, "We want you in between us" comment, was

10  something that John   had said, and John   alone

11  had said that, and not him.

12         On December 12th, Female Student 5 came

13  to talk to me about John  . She, interestingly

14  enough, had been questioned on the 7th.

15         On the 7th, she told me that she had

16  never heard John   say anything sexually

17  inappropriate.

18         She came back. On the 12th, she said

19  that she was bothered by our conversation on the

20  7th, that she wasn't honest with me; I asked her

21  why.

22         She said she was friends with John  ,

1   and she didn't want John to get into any

2   trouble, so she didn't want to make a big deal out

3   of it;

4           And then she realized a couple of days

5   later, that that really wasn't the right thing.

6           Things that she had heard John say,

7   were things like, quote, "I'm going to fuck the

8   shit out of her," in regards to FS 1 ;

9           "Her telling me to stop, just makes me

10  want to fuck her more. I will fuck her by the end

11  of the year, and add her to my collection."

12          And again, she apologized to me for not

13  being honest on the 7th, and said she wanted to

14  set the record straight.

15          I called John down on the morning of

16  the 10th; that would have been Monday.

17          And I felt that the best thing to do,

18  was to inform the parents and him at the same time

19  of the allegations, instead of just questioning

20  him by himself.

21          So I told him that there were some

22  allegations. We called, we were able to get in

1   touch with mom; mom was on the phone. Father

2   joined the conversation at some point; came in

3   late, but wasn't there when the conversation first

4   started.

5            I made them aware of all of these

6   allegations, with the exception of the allegation

7   of the female student on the 12th, because that

8   had happened two days later.

9            John      denied saying any of these

10  things; denied the Snapchat, denied any of the

11  comments -- the in between us -- any of the other

12  sexually explicit stuff.

13           He did say that he felt that he was

14  flirtatious with FS 1  ; that he had put his arm

15  around her in English class, and maybe poked her

16  on the arm, but didn't believe that he poked her

17  on the legs, or on the stomach.

18           He also said that he did not say

19  anything to Female Student 3, about wanting to do

20  what he said he wanted to do to her in his bed.

21           He did become agitated at one point,

22  and said that he thought that the girls had kind

1  of corroborated their story, and gotten together

2  against him.

3        He did agree to write a statement. We

4  talked to mom and dad on the phone, said that he

5  did not need to write a statement, but he said

6  that he wanted to.

7        In that statement, he denied all of

8  those allegations.

9        Our phone call with the family ended,

10 and that's when John began to write his

11 statement.

12       I did say to him, while he was writing

13 his statement, "While you're writing, what are

14 your thoughts on the fact that your friend had

15 said that you said these things to FS 1 , and not

16 him?"

17       And he said, "I thought we were

18 friends; that's messed up."

19       And that's pretty much all of the data

20 that I have.

21       MS. FORREST: Okay. Now, you said that

22 the victims reported -- FS 1  reported that this

1  had been occurring for approximately a month?

2           MR. HESS: That's what she said, yes.

3           MS. FORREST: Do you know if the poking

4  on the leg, arm and stomach in English class -- in

5  the written report, it says about three times --

6  did that all happen on the same day?

7           MR. HESS: I do not know the answer to

8  that. I'm not sure.

9           And we did speak with the English

10 teacher. She said she did not see -- she never

11 witnessed any of those encounters.

12          MS. FORREST: So the English teacher,

13 though, did note that -- in her written report --

14          That there was some difficulty, in

15 terms of John 's work ethic, when -- let me just

16 read it as she wrote it:

17          "During first quarter, he needed a lot

18 of redirection regarding his interaction with

19 other students, specifically with a female

20 student," and she names the female student.

21          "He would often move his seat without

22 permission, next to her; he would only move if

1   redirected by the teacher. At times, he would try

2   to negotiate to stay in that seat, or questioned

3   why he couldn't just stay. John 's seat was moved

4   to the opposite side of the room."

5            And then, under the peer relations, the

6   teacher writes, "He seems to be more on task and

7   focused when sitting near male classmates."

8            Did she go into detail? While the

9   female student that she mentions is not FS 1 --

10           MR. HESS: -- correct --

11           MS. FORREST: -- did she go into detail

12   about the interaction she observed?

13           MR. HESS: She just described the

14   interaction as flirtatious, but she didn't say

15   that she necessarily saw anything inappropriate.

16           She did say that she saw them, like,

17   touching hands, or holding hands at one point, and

18   that's when she had told them that they needed to

19   separate.

20           I was never able to speak to that

21   female student, because she's sometimes difficult

22   to get ahold of.

1          MS. FORREST: Okay.

2          MR. HESS: I tried to pull her a couple

3    of times, and she wasn't in school when I did.

4          MS. FORREST: Okay. Now, with regard to

5    the gestures towards his genitals, do you know

6    where he was, and when did that occur?

7          MR. HESS: This -- according to FS 1  ,

8    those interactions -- or, that interaction

9    happened in the locker bay during class exchange.

10         MS. FORREST: Okay. Do you know if the

11   Snapchat posting was done during the school day at

12   school?

13         MR. HESS: I do not know the answer to

14   that, and there was no evidence.

15         I asked if she had taken a screen shot

16   for a timestamp, and there was none of that.

17         MS. FORREST: In Snapchat, my

18   understanding of Snapchat is just, the posting

19   disappears after some time --

20         MR. HESS: -- correct --

21         MS. FORREST: -- it doesn't stay. Now,

22   the witnesses that you interviewed, did you find

1  them to be credible?

2          MR. HESS: Yes, I do.

3          MS. FORREST: Did you find any reason

4  why they would falsely implicate John ?

5          Now, I know John claims that they got

6  together and corroborated their story; did you

7  interview them independently of one another?

8          MR. HESS: Yes.

9          (Pause)

10          MR. HESS: The only two that were

11  questioned -- they weren't really questioned --

12  was Female Student No. 2 with FS 1 , because they

13  came together, because she was there to support.

14          MS. FORREST: Support her, in

15  encouraging her to report?

16          MR. HESS: In coming forward, correct.

17          MS. FORREST: Okay.

18          MR. HESS: But all the other interviews,

19  with Female Student 3, 4, and 5, they were all

20  done separately.

21          MS. FORREST: And the other boy

22  involved, did you find that he was credible?

1          MR. HESS: Yeah, I found him to be

2     credible, because he was honest with me about --

3          MS. FORREST: -- his own misconduct?

4          MR. HESS: His own misconduct, yes,

5     ma'am.

6          MS. FORREST: Did you find FS 1

7     credible?

8          MR. HESS: I find FS 1 to be credible,

9     yes.

10          MS. FORREST: What did John admit to?

11          MR. HESS: The only thing that John

12     said that he thought that he did, was be

13     flirtatious, and put his arm around her.

14          And he said that maybe he poked her on

15     the arm.

16          MS. FORREST: Did he tell what

17     encompassed flirtatious?

18          MR. HESS: No, he did not.

19          MS. FORREST: Did you find his denials

20     that he had not made inappropriate comments over a

21     period of time, and improperly touched her on her

22     legs and stomach, did you find those denials

1    credible?

2              MR. HESS: Well, I would say no, simply

3    because of the number of people that we had come

4    forward and support this young lady's story, and

5    another girl say that it had happened to her as

6    well.

7              So -- that's Female Student No. 3 --

8    so, no, I found it difficult to believe that none

9    of those things were true.

10             MS. FORREST: And did Female Student

11   No. 3 indicate that the inappropriate comments

12   toward her were done repeatedly, or was that done

13   on one occasion?

14             MR. HESS: She made it seem like they

15   were more directed towards ██FS 1██ , but she had

16   recalled one that was directed towards her.

17             MS. FORREST: Okay. Do you provide

18   students at Robinson with instruction on sexual

19   harassment?

20             MR. ELINE: We do talk about it in SR&R

21   when we do the video; it is part of it.

22             MS. FORREST: It's reviewed, it's part

1  of it?

2            MR. ELINE: Yeah.

3            MS. FORREST: Okay. Is this behavior

4  characteristic of behavior demonstrated by John

5  previously?

6            MR. HESS: Nothing like this, no.

7            MS. FORREST: Was police notified?

8            MR. HESS: Yes, ma'am.

9            MS. FORREST: Are there any charges?

10           MR. HESS: No, ma'am.

11           MS. FORREST: Can you describe the

12 impact of this incident on the victim and the

13 school?

14           MR. ELINE: Sure. Number one, safety is

15 something that's the most important job that I

16 have, or role that I play; not just safety for

17 John  , but for all of our students.

18           When somebody is harassed, it's

19 difficult to concentrate in class, it's difficult

20 to learn well.

21           So, when any student is put in a

22 situation like that, it's very difficult for them

1   to do what we expect of them.

2           The other part of it is, Mr. Hess was

3   pulled away for a long time to investigate,

4   therefore, he couldn't be in classrooms,

5   supporting teachers, evaluating them;

6           He couldn't be in the halls, monitoring

7   the halls, because he spent so much time on this.

8   So it definitely had an impact on him, which

9   impacts the overall safety of the whole school.

10          So those two things really did impact

11  instruction; one, specifically for that student or

12  students, but also because Mr. Hess was pulled

13  away from his primary job, which is instruction.

14          MS. FORREST: Okay. All right.

15      CONTINUED EXAMINATION BY THE HEARING OFFICER

16          BY MS. FORREST:

17      Q    John    , having heard the school's

18  report, do you agree with everything you heard; is

19  it somewhat accurate, or not accurate at all?

20      A    It is, it's somewhat accurate.

21      Q    So -- and I'm going to give you a

22  chance to tell me everything -- but first, tell me

1   with which parts of the report do you disagree?

2       A    I mean, I disagree with most of it. The

3   only part I do agree with is the incident of

4   FS 1 █ being slapped on the butt, because I was

5   present for that.

6            I don't recall laughing, but then

7   again, I don't understand how laughing is an

8   issue. But yes, I --

9       Q    -- well, let me stop you, let me

10  comment or question you there.

11           If a female student is being slapped on

12  her buttocks, and you laugh, why wouldn't that be

13  an issue; you don't find that offensive?

14           If someone came up and slapped your mom

15  in the butt, would you laugh?

16      A    Well, I mean, I laugh when I'm

17  uncomfortable.

18      Q    When you're uncomfortable. Okay. Go

19  ahead, finish. I'm sorry.

20      A    You know, I don't -- this whole thing

21  kind of came at me out of nowhere. I thought --

22  because I knew FS 1 █ was a new student.

1          She is in my English class, and we had

2    a group project together.

3          So I did write this in my statement:

4    "Yes, I admit that I was flirtatious with her, and

5    that I..." --

6      Q     -- and what does that mean, what did

7    you do to be flirtatious?

8      A     I mean, I don't really know how to

9    describe that. I was just kind to her, I was nice

10   to her; I didn't find it to be in any way

11   inappropriate with her.

12          You know, the way she came across to me

13   was that we were friends. I mean, she -- we always

14   had a positive interaction.

15          So, I mean, this -- I didn't -- I don't

16   understand where this is coming from, and I wish

17   that --

18          There's not a single time, when she

19   ever said to me, you know, stop whatever I'm

20   doing, or, you know, that I was ever bothering

21   her.

22          And I wish she had, because I could

1   have apologized to her, and I feel like that could

2   have solved this whole situation.

3            Because, you know, this isn't the kind

4   of person that I am. I'm not -- I mean, you can

5   look at my disciplinary records.

6            I've done a lot of stupid stuff in the

7   past, but that was freshman and sophomore year.

8            And then, junior year, I moved away to

9   correct myself, and to figure myself out and make

10  things right, so that I could come back senior

11  year and finish my high school career off right.

12           And I was -- I mean, I feel like the

13  year away helped me out a lot. I got my grades

14  better, I focused on myself, getting my school and

15  my sports better.

16           And then I came back this year, and I

17  was starting off fine; I had, like, 3 A's and 2

18  B's, I was doing well with sports.

19           So, you know, I feel like I'm doing

20  better as a person.

21      Q    Okay. Anything else with which you

22  disagree?

1          A     No, ma'am.

2          Q     Okay. So, school rules, are you allowed

3     to improperly touch anyone?

4          A     No, ma'am.

5          Q     Are you allowed to make inappropriate

6     comments or gestures toward anyone?

7          A     No, ma'am.

8          Q     Harassment, is sexual harassment

9     allowed?

10         A     No, ma'am.

11         Q     So, you describe FS 1 as a new

12    student?

13         A     From what I've been told, yes.

14         Q     Okay. Did she start at the beginning

15    of the year?

16         A     I think so, yes.

17         Q     She was there when you started English

18    class?

19         A     Yes.

20         Q     Is that the only class you have with

21    her?

22         A     Yes, ma'am.

1      Q     Okay. Do you associate with her inside

2  school, and outside, or just in school?

3      A     Just usually during that time period

4  of class, and lunch --

5      Q     -- okay --

6      A     -- but otherwise, I do not socialize

7  with her.

8      Q     Do you have the same circle of friends?

9      A     No.

10     Q     No, a different circle of friends. Is

11 your locker near hers?

12     A     I don't even know where my locker is, I

13 don't use my locker.

14     Q     You don't use your locker. Okay. So,

15 tell me what happened on December 6th, in that

16 locker bay?

17     A     It was after class, it was during

18 passing time.

19     Q     After which class?

20     A     Sixth period, our English class

21 together.

22     Q     Okay.

1      A      My friend MS 1 just had knee surgery,

2    so I was helping him put his backpack on him.

3            And then, really quickly, he smacked

4    her on the butt, and I just kind of stood there,

5    looking at them.

6            And she turned around, and was like,

7    you know, who was it, who did it?

8            And I just kind of pointed at him, and

9    he was joking around, pointing back at me, and I

10   was like, no, it was him.

11           And her friends were standing there,

12   like, yeah, it was MS 1 , and then we just kind

13   of went our separate ways.

14     Q      Did you say that you wanted her between

15   the two of you?

16     A      No, I did not.

17     Q      Why would both the victim and the other

18   boy involved, MS 1 , attribute that comment to

19   you?

20     A      I honestly don't know. I thought FS 1

21   and I were fine; I didn't see where this was

22   coming from.

1        Q      In English class, did you poke her in

2   the leg or stomach?

3        A      No.

4        Q      Did you poke her at all?

5        A      Yes.

6        Q      Where?

7        A      In the shoulder or arm.

8        Q      How many times?

9        A      I can recall one time in class.

10        Q      Shoulder or arm, one time?

11        A      Yes.

12        Q      And why did you poke her?

13        A      In a teasing, friendly way.

14        Q      While you all were working on that

15   project, did she move away from you?

16        A      Not that I recall, no.

17        Q      Did she ever tell you not to touch her?

18        A      No.

19        Q      Did you make gestures towards your

20   genital area?

21        A      No.

22        Q      The Snapchat, are you -- is she a

1    friend on your Snapchat?

2          A    Yes, but I rarely talk to her.

3          Q    Did you send her a posting of your

4    genitals --

5          A    -- no --

6          Q    -- with a caption, "Do you want this in

7    your mouth?"?

8          A    No.

9          Q    Did you say, "Damn, looking good."?

10         A    No.

11         Q    "Hey, Shoddy"?

12         A    No.

13         Q    "I will have sex with you at

14   some..." --

15         A    -- no.

16         Q    You're going to bang the shit out of

17   her?

18         A    No.

19         Q    "You telling me I can't get it, makes

20   me want to get it more. I'm going to get it." Did

21   you say that?

22         A    No.

1        Q    School officials describe that she

2   unequivocally said that you stated -- did these

3   things to her, and said these things to her.

4             Why would she make this up; any

5   conflict with her?

6        A    No, I honestly don't know where this is

7   coming from. You know, she came across as someone

8   that was really shy and friendly; I thought we

9   were okay friends.

10       Q    Okay. At any point, did she appear

11  uncomfortable? Because she wrote that she was, or,

12  she told them that you made her feel

13  uncomfortable.

14       A    She never told me, or made any gesture

15  towards me, that she was uncomfortable with me.

16       Q    What was your relationship with MS 1

17  prior to this; you said you were helping him put

18  his backpack on?

19       A    Yeah, he had -- I think he had an ACL

20  surgery on his knee.

21       Q    Okay. And so, what was your

22  relationship with him prior to this?

1        A     I have known MS 1   for about, I think,

2   five or six years; when I first moved here,

3   seventh grade, we knew each other.

4              But we really became friends the next

5   year after that, so about -- this is probably like

6   my sixth year knowing him.

7        Q     Known him for six years, friends for?

8        A     Five, six years.

9        Q     Five or six years. Now, why would he

10   say, if he's your friend --

11             Now, school staff said he admitted to

12   his own misconduct, so there's no reason for him

13   to --

14             He's not trying to get out of trouble,

15   because he admits, I did it; I said this, I did

16   this; why would he say that that was you?

17        A     I don't know.

18        Q     Is there anything else about this you

19   want me to know?

20        A     No, ma'am.

21        Q     All right. We're going to move on to

22   your school record, then.

1          MS. FORREST: All right. So, I reviewed

2    his school record, and I'm going to summarize my

3    understanding of his prior discipline, his

4    attendance, his academics; if you would summarize

5    what the teachers have to say about him.

6          And then once we do that, I will take a

7    short recess to get the computer, so that ████

8    █Father█  can see the video. All right.

9          So, █John█ is now a 17-year-old, 12th

10   grade student. To date, he's earned 20 academic

11   credits, five verified credits toward graduation,

12   and a 3.140 cumulative grade point average.

13          During the first quarter, he earned two

14   A's, one A-, one B, and one B-. His second quarter

15   progress report, dated December 10th, 2018,

16   reflects grades that range from B+ to F.

17          Thus far this school year, he's accrued

18   five days of excused absence, one period of

19   prearranged un-excused absence; eight periods of

20   un-excused absence, and seven periods of un-

21   excused tardiness.

22          There are eight prior offenses on his

1  cumulative Fairfax County discipline report. Those

2  offenses include inappropriate language or

3  gesture, leaving school without permission;

4         Possession of stolen property, cutting

5  class, cheating, tobacco paraphernalia possession,

6  and knife possession, knife with a blade less than

7  three inches. Did that sound accurate?

8         MR. HESS: Yes, ma'am.

9         MS. FORREST: If you would summarize

10  what the teachers have said?

11         MR. HESS: The teachers generally had

12  nice things to say. His stats teacher complained

13  that he sleeps sometimes in class; it's his first

14  period class, she said that was an issue.

15         She said that he has a positive,

16  respectful interaction, a good relationship with

17  his P-FIT [phonetic] teacher, and works hard in

18  P-FIT, and, you know, he's very dedicated to that.

19         Motivated government student, appears

20  to have normal peer relationships, no disciplinary

21  actions.

22         You talked about the English teacher's

1  report, on some of their concerns about behavior;

2  works hard in physics, no disciplinary actions

3  taken in that class either.

4           MS. FORREST: Okay. Did you receive any

5  school records from the school in Ohio?

6           MR. HESS: None that I have, no.

7           MS. FORREST: Okay.

8     CONTINUED EXAMINATION BY THE HEARING OFFICER

9           BY MS. FORREST:

10     Q    John    , did that information, that I

11  summarized in the school report, sound accurate?

12     A    Yes, ma'am.

13     Q    Okay. And tell me, earlier, I asked

14  school staff about your English teacher reporting

15  about you asking, or trying to sit next to a

16  particular female student; tell me about that?

17     A    I have a friend, also in my English

18  class, her name is ████████.

19           She has assigned seating for us. And

20  just in that particular assigned seating, she had

21  three of us at one table, and the table behind us

22  had available seating.

1          So I asked my teacher, one time, if I

2   could just move back, due to the crowded area that

3   I was in.

4          And I explained to her, not because my

5   friend's sitting behind me, because it's crowded,

6   and I can't see the material you're trying to

7   present.

8          And she said no, so I respected her

9   answer and just kept sitting in my seat.

10      Q    You describe it as one time, but she

11   describes it as:

12          "Often moves seats without permission

13   to sit next to her, will move back if redirected

14   by the teacher; at times, will try to negotiate

15   and stay in the seat, and question why you

16   couldn't just stay there."?

17      A    I negotiated with her one time.

18      Q    Just one time. Okay. Tell me about the

19   vaping incident?

20      A    That was a week before; I was in the

21   process of transferring schools, of leaving for

22   Ohio.

 1            I was on my way to the auto tech room,

 2    to get my -- I had a paper that needed to be

 3    signed by all my teachers for all my grades, so I

 4    could transfer.

 5            And I was using the restroom while

 6    other students were vaping in the bathroom. And an

 7    administrator walked in, and he proceeded to ask

 8    us questions.

 9            And then, while he wasn't paying

10    attention, a kid I knew slipped his vape into my

11    pocket without my permission, and I think the

12    administrator saw that.

13            So he grabbed me and the other kid, and

14    searched us, and he found that vape. And then he

15    found a small pocket knife in my bag.

16        Q    Why was the pocket knife there?

17        A    I mean, I use my backpack for outdoor

18    stuff, whether it's camping or anything, so I had

19    no idea that I had the knife in the bag.

20        Q    Wait, what time of day was this?

21        A    This was --

22        Q    -- in the middle of the day, or at the

1    end of the day, when --

2         A    -- this was towards the end of the day,

3    I think.

4         Q    And why was your backpack with you in

5    the bathroom?

6         A    I was carrying all of my stuff; I was

7    in the process of getting stuff filled out.

8         Q    Okay. All right. And where did you go

9    to school in Ohio?

10        A    Elyria High School.

11        Q    Is that a public school, or a private

12    school?

13        A    Public school.

14        Q    Public school. Did you have any

15    discipline there?

16        A    No, ma'am.

17        Q    Okay. Anything else about your school

18    record that you want to say?

19        A    No, ma'am.

20        Q    Okay.

21             MS. FORREST: All right. Let me go to

22    your parents -- well, let me actually take a brief

1  recess, get the computer.

2           FATHER : Sure.

3           MS. FORREST: So, if you would have a

4  seat in the waiting room while I...

5      (Whereupon, a brief recess was taken, after

6  which the hearing was resumed as follows:)

7           (Video playing)

8           MS. FORREST: All right. I'm going to

9  pause it just for a second. Mr. Hess, do you want

10 to come around here, just in case you --

11          MR. HESS: -- sure --

12          MS. FORREST: -- so you can kind of

13 narrate this for me. Okay. So this is the locker

14 bay?

15          MR. HESS: Uh-huh.

16          MS. FORREST: And where is John ?

17          MR. HESS: They're -- they're -- this is

18 him, and this is MS 1 ; he's been identified. And

19 this is FS 1 . (Pointing)

20          It happens very quickly into it. There

21 it is. (Indicating)

22          MS. FORREST: And where -- can you see

1  him laughing there?

2          MR. HESS: I cannot, no.

3          MS. FORREST: Okay. I -- he's facing --

4          MR. HESS: -- it's just, their initial

5  reaction, it kind of appears like they're going

6  like, oh, boy -- right, body language, correct.

7          MS. FORREST: Okay, his body language.

8  Okay, is that the gist of it?

9          MR. HESS: Yeah, that's the gist of it,

10  that's the whole --

11          MS. FORREST: -- okay.

12          FATHER        : And the girls don't appear

13  to be upset at all, given the body language.

14          (Video terminated)

15          MS. FORREST: Okay. Thank you. All

16  right.

17          Father and Mother        , this is your

18  opportunity to share anything at issue, that you

19  would like me to know and consider.

20          MOTHER      : Okay.

21          FATHER      : Sure.

22          MOTHER      : If I may, I'd like to

1    start.

2              You know, I want to just say that,

3    while we were waiting in the waiting room, there's

4    a picture on the wall, and it's the picture like

5    you have here, and one of them states integrity.

6              And there's a little caption underneath

7    it, and it says, "Those who preserve their

8    integrity remain unshakable in the storm."

9              And I kind of thought that that was

10   appropriate, because I really feel like John    has

11   really upheld his dignity during these past two

12   weeks going through all of this, and tried to --

13             And conducted himself with -- he's

14   just -- he's been trying to handle it really well.

15             So to go through this, yes, on

16   December 10th, I did receive a phone call from Mr.

17   Hess; it was early, around 8:30 in the morning.

18             He went through it, and indicated that,

19   yes, John    was being accused of sexual

20   harassment, and that an interview needed to take

21   place.

22             He did say to me that there were some

1  options that I could -- I was afforded the

2  opportunity to come in and be a part of the

3  questioning. I was also told that I could just

4  stay on the phone and be a part of the interview

5  that way; I chose to do that.

6       So Mr. Hess went through, and did all

7  of his line of questioning with John ; I

8  listened.

9       At the conclusion of his questioning,

10 he did state that John had the opportunity to

11 write a statement, but it was clearly his choice,

12 that it wasn't something that he had to do.

13            John chose to write the statement,

14 and he did. I was told that the conversation --

15 that the interview had then concluded.

16       And then, going through Mr. Hess'

17 statements here, I realize that the line of

18 questioning then had continued, after the parents

19 were not -- were no longer on the phone.

20       I don't understand why the line of

21 questioning then would continue when the parents

22 weren't there.

1          MS. FORREST: Do you want him to answer

2    that? Because I --

3          And I will note that there is no

4    regulation that requires him to have you on the

5    phone during his questioning of a student, but he

6    chose that, that's what he opted to do.

7          But, Mr. Hess, do you want to respond

8    to that?

9          MR. HESS: It was just, kind of the

10   thought came to me about MS 1   and his statement,

11   and I just --

12          It was a question in passing, so I

13   said, "While you're writing this statement, what

14   are your thoughts on that?"

15          That was the only question that I asked

16   him at that time.

17          MS. FORREST: Okay. And I notice that

18   MS 1   didn't --

19          There's no written statement from

20   MS 1   in this, but you said he later provided --

21          MR. HESS: -- he does -- he did provide

22   a written statement, and I did not --

1      MR. ELINE: -- do you have that?

2      MR. HESS: I do, I do, I brought it

3  today. I didn't include it as part of the written

4  packet because it was mostly focused on himself.

5      But I have a copy of it.

6      MS. FORREST: Does he mention John   in

7  that written statement?

8      MR. HESS: Yes.

9      MS. FORREST: Okay. Do you want to

10  submit it --

11      MR. ELINE: -- yes --

12      MS. FORREST: -- for consideration?

13      MR. HESS: Sure.

14      MS. FORREST: Okay. Now, you all did get

15  a copy of a redacted packet. I will have the

16  statement redacted, and have someone send you a

17  copy of that.

18      FATHER    : Well, if they're

19  submitting documents, I have two I'd like to

20  submit as well.

21      MS. FORREST: Oh, you can certainly

22  submit documents.

1    FATHER      : I'll submit them. Okay.

2         MS. FORREST: Okay, ma'am, you can

3    continue while he does that.

4         MOTHER      : Okay. So then Mr. Hess

5    told me that the -- prior to us getting off the

6    phone, what the procedures were going to be, and

7    how the process worked;

8         That he was going to present it to the

9    principal, and the principal would be the deciding

10   factor on what the disciplinary action would be.

11        MS. FORREST: Sure.

12        MOTHER      : So when I got the second

13   phone call, he said that John    had received the

14   ten days of out-of-school suspension, and that I

15   needed to pick him up, and he did need to be

16   removed from the property. That took awhile

17   because I was at work.

18        But -- and then also, because Mr. Hess

19   had mentioned the video, I really wanted to see

20   it.

21        So, when I did go to pick up my son, he

22   showed me the video on his phone. And as I was

1   watching it, Mr. Hess did indicate, and said to

2   me, "See, look, John 's laughing."

3            And I told him that I didn't see that,

4   because the only thing you could see was the back

5   of his head.

6            MS. FORREST: Uh-huh.

7            MOTHER : Anyway, so we disagreed

8   with that, about the whole laughing.

9            Because I really felt like it was kind

10  of an insinuation that, you know, John didn't

11  take what occurred seriously.

12            He also told me before I left, that the

13  girl's parents were filing charges, and that

14  John might be presented with a restraining

15  order.

16            During that time, then he wrote down

17  the police officer's name on a card for us, and

18  told us to call him.

19            FATHER : Officer Jackson.

20            MOTHER : Now, once all this

21  occurred, I went back, and I started looking at

22  some of the rules and regulations.

1        And according to Regulation 2601.32,

2   that, suspension from school, the following items

3   must occur:

4        The student must be notified, which was

5   done; parents are notified, in an attempt to

6   contact them; that was done;

7        Written notification to be sent to the

8   parent by end of school day when possible, but no

9   later than the end of the next school day, with a

10  copy of rules governing suspension -- which is the

11  2610 version of the regulations.

12        MS. FORREST: Uh-huh.

13        MOTHER        : That was not done. We

14  received this yesterday in the mail; there's the

15  date. I'm assuming that's what that is. (Handing

16  document to Ms. Forrest)

17        MS. FORREST: Okay. (Reviewing document)

18        MOTHER        : Okay. So that was not

19  done.

20        Now, the detailed incident report that

21  you all went through, I just feel like -- that was

22  written by Mr. Hess -- that there's some things

1  that are just --

2        Here's an actual -- like, for instance,

3  him saying that John      became agitated during the

4  course of the interview; I disagree.

5        I was on the phone, I don't think that

6  John    became agitated in any way, shape or form.

7  The kid was in shock, he was being accused of

8  something extremely serious.

9        So I think, you know, using things like

10 that, I just -- I don't agree with, and I think

11 it's kind of leading.

12        Also, here Mr. Hess writes, that after

13 discussing the interaction in the hallway, that

14 FS 1   , the victim, also referenced at least three

15 occasions where John    would touch her and poke

16 her during English classes.

17        I guess, some things like that, like, I

18 don't understand why, if there was a problem in

19 English class, why the teacher wouldn't reach out

20 to the parent;

21        You know -- and we never heard from the

22 teacher at all -- that if there was a legitimate

1    problem in class, why weren't we told?

2              Because, according to the syllabus that

3    the teacher has provided, that's the course of

4    action:

5              That the teacher discusses things with

6    the student first, and then the parent. And if

7    things still don't get resolved, then it goes to

8    an administrator.

9              And there's, you know, a lot of --

10             MS. FORREST: -- and what I heard them

11   say is, the teacher reported that she did not

12   observe --

13             FATHER : -- right --

14             MS. FORREST: -- John 's actions toward

15   FS 1 .

16             MOTHER : Okay.

17             FATHER : Uh-huh.

18             MOTHER : Okay.

19             MS. FORREST: Is that correct?

20             MR. HESS: Yes, ma'am, that is correct.

21             MS. FORREST: Okay.

22             MOTHER : Okay. I think that, you

1  know, part of this, too, for me, or as a parent,

2  is, I really feel like the --

3         I understand that Mr. Hess is not an

4  investigator; that he is a teacher --

5         FATHER: -- an educator --

6         MOTHER: -- an educator, an

7  administrator; he's not an investigator.

8         But I really feel like -- according to

9  the SR&R, it clearly states that --

10        In 2601.6, that, "The Fairfax County

11 School Board is committed to ensuring respect for

12 the civilian rights of all members of the school

13 community, as guaranteed by the Constitution and

14 laws of the United States, and the Commonwealth of

15 Virginia.

16        Our policies and regulations are

17 designed to recognize the essential dignity of

18 each student, teacher and staff member, and create

19 an atmosphere in which learning will flourish."

20        It continues on, in saying that,

21 "Procedures in determining facts and imposing

22 sanctions is such: The principal shall determine

1   the appropriate discipline actions to be taken in

2   each case of prohibited conduct, except when a

3   referral to the division superintendent is

4   required, and may require the assistance of other

5   appropriate staff members.

6            In disciplinary cases, all students

7   have the right to due process, and to the

8   procedure in determining facts and imposing

9   sanctions."

10           I do not feel, as a parent, in how this

11  so-called investigation took place, that my son,

12  in any way, shape or form, was provided due

13  process.

14           He was immediately convicted and

15  accused, and found guilty, and given a sanction

16  without the due process that is stated in the

17  SR&R.

18           MS. FORREST: Well, I'm going to address

19  that for you, so that you understand.

20           Due process for school administrators

21  is to -- for school officials to inform what he's

22  being accused of, and all the information they

1   have at the time, and give him an opportunity to

2   respond to the accusations against him.

3          From what I've heard, that was provided

4   to him, as well as informing you of your right to

5   appeal; that was done as well.

6          Mr. Eline, was there a delay in mailing

7   off the December 10th letter; was that withheld?

8          MR. ELINE: Not that I'm aware of.

9          MS. FORREST: Okay. So the decision was

10  made December 10th, and it was placed in the

11  mail --

12         MR. ELINE: -- correct --

13         MS. FORREST: -- to be delivered.

14         MR. ELINE: Right.

15         MS. FORREST: Now, the U.S. mail was

16  delivered, or not --

17         MOTHER          : -- no, look at the

18  envelope, it wasn't mailed until the 18th.

19         FATHER          : It's postmarked --

20         MOTHER          : -- there's a postmark on

21  there.

22         MS. FORREST: That's at the post office.

1   But if he puts it in our mail, there's a process

2   for mail to go out.

3           So, what I've heard from him is, he put

4   it in the mail promptly.

5           MR. ELINE: We did.

6           MS. FORREST: Okay.

7           FATHER         : So, if I may?

8           MS. FORREST: Sure, go ahead.

9           FATHER         : Anything else to say?

10          MOTHER         : I'm not done.

11          MS. FORREST: I just wanted to address

12  the due process, because it doesn't sound like

13  there was a due process violation.

14          MOTHER         : Okay.

15          MS. FORREST: Okay.

16          MOTHER         : And, well, as a parent, I

17  feel that there was.

18          MS. FORREST: Okay. Well --

19          MOTHER         : -- because the victim,

20  FS 1   , who came forward, and in her statement, at

21  no time does she, in her own words, say that

22  John   did this; she keeps talking about they,

1  they in her statement.

2         And I feel like Mr. Hess, or the

3  administration, have the responsibility, at some

4  point, to find out who the "they" are.

5         MS. FORREST: Okay. Go ahead.

6         ▋MOTHER▋: She never stated that

7  ▋John▋ said anything to her that was

8  inappropriate; she refers to "they."

9         MS. FORREST: Okay. Go ahead.

10        ▋MOTHER▋: And when she -- her --

11  "About one month ago, ▋John Doe▋ and blank

12  started sexually harassing me," she doesn't say

13  what that is.

14        And it's such a strong term, and it's a

15  horrible thing, that she doesn't -- she doesn't

16  state that he did -- what he did to say that.

17        MS. FORREST: Okay.

18        ▋MOTHER▋: There's --

19        ▋FATHER▋: -- can I go, please?

20        ▋MOTHER▋: Yeah. I just --

21        ▋FATHER▋: -- look, the bottom -- so,

22  this process is highly flawed. We've had

1  documentation that has been sent to us late, a

2  case officer was assigned late.

3          We were told on Wednesday, the 12th, we

4  could pick up his homework assignments; that

5  didn't happen until close of business on Friday.

6          Victim impact, well, I look at my son

7  as a victim. He had 3 A's and 2 B's before he got

8  pulled into suspension as a result of these

9  administrative issues; this has greatly impacted

10  my son.

11          He's also been subjected to harassment

12  on social media, by a lot of girls calling him a

13  sexual predator and a pig, and all sorts of other

14  things, girls he doesn't even know.

15          But moving on to the case, due process,

16  my son was not afforded due process.

17          You don't give a punishment before

18  there's an investigation and you're tried; that's

19  the way it works in the United States of America,

20  maybe it's different in Fairfax County.

21          But a case built by an accuser and her

22  friends, holds no validity in any court of law.

1    Mr. Hess is an educator and an administrator, he's

2    not an investigator.

3         But the school owed it to my son, with

4    the seriousness of the charges, to identify

5    specifically who said what.

6         In all of the statements from the

7    girls, they mention "they;" they want it between

8    our legs, they want -- who is "they"? Do they sing

9    it in tandem?

10        You need to drill down, you need to

11   afford my son a more thorough investigation.

12        ███FS 1███, herself, doesn't accuse him. If

13   you go and read her statement, ███FS 1███, herself,

14   does not accuse ███John███ of anything. She says,

15   "███John███ started sexually harassing me."

16        What specifically does that mean? You

17   know, she took the touch as sexual harassment,

18   whereas he doesn't?

19        You know, I think that they're drawing

20   straws here. The girls were given an opportunity,

21   from a Friday to a Monday, to corroborate their

22   stories.

1          Mr. Hess, himself, even comes back and

2     says one of the girls admitted to lying; we didn't

3     know that. Nor do we have testimony from the other

4     boy, MS 1 .

5               MOTHER : Oh, may I --

6               FATHER : -- excuse me, no. The

7     school had an obligation to get clarification from

8     the accuser, with all the statements that her

9     friends made: John said this and that.

10              Did -- she doesn't -- FS 1 , the

11    victim, doesn't say any of these, she doesn't

12    corroborate anything that her girlfriends say.

13              You needed the investigator, the

14    school, and my son, to go back and ask --

15    specifically the things that the girls were

16    saying -- is this true, FS 1 ? That never

17    happened.

18              And then, per Mr. Travis Hess, I spoke

19    to the SRO, Officer Jackson, of Fairfax County

20    Police Department; I called him, he called me

21    back.

22              And I said, hey, I understand my son's

1   being -- I have not seen the evidence as of yet,

2   my son's being charged with sexual harassment, and

3   a restraining order will be brought against him by

4   the family?

5           And he said to me, quote, "Father,

6   I have reviewed the material, there is no evidence

7   of sexual harassment. Charges will not be brought

8   forward, and there is no restraining order going

9   to be brought against your son."

10          So my question is, if the Commonwealth

11  isn't pursing charges against my son, why is the

12  school holding him accountable to a different

13  standard, a standard that isn't affording him due

14  process?

15          You've punished him for ten days, and

16  then you did an investigation, and then we have to

17  wait for a verdict.

18          My last comment, again, FS 1, if you

19  read her statement again, she does not accuse

20  John of anything.

21          This was a flawed process, this was a

22  flawed investigation. And I don't him accountable,

1  because he's not an investigator, he's an

2  educator; my son absolutely adores that guy.

3              As much as I've wanted to sit here and

4  hold him accountable for going after my kid, he

5  kept saying to me, "I like Mr. Hess, it's not his

6  fault."

7              That's all I have to say for now; I

8  have some things I'd like to talk to you about

9  afterwards. I do have some statements I'd like to

10  provide you with; I didn't think we were going to

11  be able to.

12              But I've had no less than a dozen-plus

13  kids come by the house, a lot of them involved,

14  some of them were in that video.

15              A lot were pretty angry, saying that

16  this girl FS 1 has had a track record. A boy

17  that she dated, his name is ███████, made a

18  statement about her spreading lies and rumors

19  about him with his girlfriends, so the girl has a

20  track record.

21              And there's another girl, ███████

22  ███████, a 12th grader, who's seen during the sixth

1  period interactions and stuff, and even states

2  that FS 1 's been flirting with John , and

3  stuff, and doesn't know where this is coming from.

4        At this time, I don't have anything

5  else to say. I do want to, you know, I guess, put

6  in directions; we can talk about the appeal that I

7  asked for electronically.

8        MS. FORREST: And I'm going to address

9  that in a minute.

10        FATHER : Yes, ma'am.

11        MOTHER : And may I also, just real

12  quick, since we're allowed to --

13        I'd like to also say that, you know,

14  one of the girls who made, you know, some of the

15  accusations, or made a statement for FS 1 ;

16        She is -- her name is FS 3 , and we know

17  that's it her. She's been a -- John  has known

18  her for a really long time, we've also known the

19  family for a really long time.

20        And this, what I have here, is just to

21  give you a little bit of an insight into, at the

22  same time that she is --

1           She was writing these things -- for

2    whatever reason, we have no idea -- she was also,

3    at the same time, you know, texting back and forth

4    with █John█ , as though nothing was going on,

5    because --

6                   █FATHER█ : -- literally days

7    before --

8                   █MOTHER█ : -- because they're --

9    because, as far as he's concerned, they're

10   friends.

11           You know, and in these texts, she's

12   asking him to -- because she's an office aide, to

13   get out of class early, to meet him in the

14   hallways --

15                  █FATHER█ : -- keeping some secrets --

16                  █MOTHER█ : These are friends. She's

17   going on, acting like his friend, at the same, you

18   know, backhandedly writing this stuff that...

19           It's just, it doesn't make any sense,

20   and it's unfair. She's asking him in some of these

21   things, to keep secrets for her about things that

22   she's done.

1        Anyway, it's just -- you can do with

2   that with whatever you please. And that stuff is

3   also still on his phone, I just tried to make

4   copies of it.

5        MS. FORREST: Okay. I'll review all of

6   these, in terms of the final decision.

7        And I will make sure you get a copy of

8   this written statement from MS 1 , that was

9   submitted to us by school staff.

10       Mr. Hess, let me ask you a question.

11       MR. HESS: Sure.

12       MS. FORREST: With regard to FS 1 's

13  written statement, did she share more with you

14  verbally, than she did in writing?

15       MR. HESS: Correct. So, the original

16  statement, she wrote her statement on, I believe,

17  Thursday, the 6th; let me just confirm.

18       MS. FORREST: Okay. The first day when

19  she --

20       MR. HESS: -- correct. So, this was her

21  original statement -- (Indicating)

22       MS. FORREST: -- correct --

1          MR. HESS: -- and that's what started

2     the investigation, quote, unquote.

3          MS. FORREST: Correct.

4          MR. HESS: And I met with her family on

5     Friday, the 7th.

6          MS. FORREST: Okay.

7          MR. HESS: And so all of things that I

8     detailed, in terms of what FS 1 said, is based

9     on that meeting.

10         MS. FORREST: Her verbal statement.

11         MR. HESS: Her verbal statement on

12    Friday, the 7th.

13         MS. FORREST: Okay. And like all

14    students, she has an option whether or not to

15    submit another written statement.

16         MR. HESS: Correct.

17         MS. FORREST: And she chose not to

18    provide an additional statement.

19         MR. HESS: Correct.

20         MS. FORREST: Okay. That's fine. John,

21    is there anything additional you would like to

22    share before we close the hearing?

1          JOHN DOE          : I mean, again, I

2    honestly -- I feel horrible that she feels this

3    way. I didn't see this coming, because I thought

4    we were good friends.

5               You know, I even told Mr. Hess, you

6    know, if she would like to come in with her

7    family, and I can apologize to her, I would love

8    to.

9               Because I -- you know, this isn't the

10   person that I am. I'm not -- I mean, my

11   disciplinary actions might say otherwise, because

12   I've totally messed myself up before in the past.

13              But I've been busting my butt to

14   improve myself. I'm not a person that hurts other

15   people, I'm not --

16              You know, I'm going to a ████████

17   ████████ to help people, to help -- you know, do

18   things for my country. I don't want to hurt

19   people, that's just not who I am.

20              I'm the person that people come to when

21   they have problems, or if they need advice; not

22   this boldy [sic], I'm not.

1           MS. FORREST: Okay. All right. Now,

2    after hearing all the information presented,

3    notwithstanding John 's denials, I do find that

4    he made inappropriate comments towards another

5    student;

6           That his involvement in that was not

7    only substantiated by the victim, but also a

8    number of other students who school officials

9    found to be credible, to include the other boy

10   who's involved, who had no reason to falsely

11   implicate John .

12           As such, I'm going to confirm his ten-

13   day suspension from school; I'm going to uphold

14   his ten-day suspension, and extend it until this

15   matter is resolved.

16           You will receive my decision letter

17   within the next ten school days.

18           John , that means, during your

19   suspension, you cannot be at Robinson Secondary

20   School, or any other Fairfax County public school

21   without my prior written permission.

22           JOHN DOE : Yes, ma'am.

1        MS. FORREST: Do you understand that? If

2   you violate that, you could be charged with

3   trespassing.

4            You get full credit for all the work

5   you receive, do, and turn back in. Are you having

6   trouble getting some assignments from your

7   teachers?

8        JOHN DOE         : Yes, ma'am.

9        MS. FORREST: Which classes?

10       JOHN DOE         : I'm having trouble with

11  basically all my classes. I mean, I don't

12  understand the material, I don't --

13       MR. HESS: -- he's struggling with

14  physics. We just finally were able to get him some

15  math stuff.

16           Do you have things to turn back in? Ms.

17  Kunkle told me that you would have stuff for me to

18  bring back to her today.

19       MOTHER        : Yeah, I'll bring it in

20  later.

21       MR. HESS: Okay.

22       MS. FORREST: And there's -- is there

1  not a school support case manager assigned?

2          MR. HESS: Yes, Samantha Kunkle has been

3  assigned out of school support.

4          MS. FORREST: Okay.

5          MR. HESS: She's our [unintelligible].

6          MS. FORREST: And do you have means to

7  contact your physics teacher?

8          JOHN DOE        : Yes.

9          MS. FORREST: Okay. And are there things

10  on Blackboard --

11          MR. HESS: -- yes, ma'am --

12          MS. FORREST: -- or any other site, that

13  he can access to help him while this is being

14  resolved?

15          MR. ELINE: Yes. And just communicate

16  with us if there's something that you're not

17  getting, John  ; please let us know, and we'll

18  help you.

19          MS. FORREST: Now, the fortunate thing

20  is, we have winter break coming, and so there are

21  no school days in there.

22          So I'm going to do my best to get the

1   decision letter to you at the very -- even though

2   it says ten school days, and our office is very

3   busy right now, I'll do my best to get it to you

4   the very first couple of days when we get back.

5          I do plan to take some work home to do

6   over the break, so I'll do my best to get the

7   decision letter to you as soon as possible.

8          As I said earlier, any decision I make,

9   beyond the ten-day suspension, can be appealed to

10   the school board.

11          So once you receive my letter, if you

12   agree with it, then you can follow the steps

13   there. If you disagree with it, you have the right

14   to appeal my decision.

15          FATHER : Ma'am, sorry, I've got a

16   question. It says in the SR&R that --

17          States, "Only students charged with

18   using drugs or possession of weapons may be

19   suspended up to 30 days." He's not been charged

20   with that.

21          And by de facto, because of the

22   Christmas break, or the Christmas exodus, it's

1   being extended. His athletics --

2             MS. FORREST: It is not because of the

3   Christmas break; I find that he violated school

4   rules.

5             As such, as the superintendent's

6   designee, I have the authority to impose a long-

7   term suspension; the principal can impose only a

8   ten-day suspension.

9             FATHER        : Okay.

10            MS. FORREST: I am extending his

11  suspension from school until this matter is

12  resolved.

13            What you're quoting from SR&R is the

14  30-day suspension for a drug violation from sports

15  activities. His suspension is from all school, and

16  school programs, not just sports activities.

17            FATHER        : So, again, if this whole

18  situation was earlier, he wouldn't be extending

19  into the exodus, and interfering with --

20            See, for him and our family, the

21  athletics and academics are not mutually

22  exclusive; he's one and the same.

1          He got selected for a scholarship to

2    ████████████████████████████, also looked at for

3    the character that he is; they're well aware of

4    his suspension from that under than two inch blade

5    knife, and they elected to pick him up.

6               But now, because of this, you're going

7    to subject my kid to losing his scholarship and

8    going to ██.

9               And by de facto, yeah, you're

10   continuing on a suspension. Okay, I guess we're

11   out of here; we're done?

12               MS. FORREST: All right. Then that ends

13   my hearing. Thank you.

14          (Whereupon, at approximately 11:10 a.m.,

15   the hearing was concluded.)

16                    - - -

17

18

19

20

21

22

1                CERTIFICATE OF TRANSCRIBER

2          I, Loretta A. McManus, a certified legal

3     transcriptionist, do hereby certify that the

4     foregoing pages are a true and accurate

5     transcription of the referenced administrative

6     hearing, produced by me to the best of my

7     knowledge and ability from a FCPS-provided audio

8     recording dated December 21, 2018;

9          That any inaudible or unintelligible audio

10    segments are parenthetically indicated within the

11    body of the transcript; that I am neither counsel

12    for, related to, nor employed by any of the

13    parties to the action in which this hearing took

14    place; and, further, that I am not a relative or

15    employee of any attorney or counsel employed by

16    the parties thereto, nor financially or otherwise

17    interested in the outcome of this action.

18

19          *Loretta A. McManus* (signature)

20

21          Loretta A. McManus

22          Certified Legal Transcriptionist